**Exhibit A to the Complaint**

**Location:** Downingtown, PA  **IP Address:** 73.30.67.70
**Total Works Infringed:** 22  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/13/2017 02:28:32 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 2 | 005F68E32C85041A13A7F8F17E771403D061FE95 | Vixen | 10/13/2017 01:23:03 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 3 | 0E9ED5376D2721EBAA29495CD0B216D6B0261C54 | Blacked | 09/07/2017 20:55:44 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 4 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/07/2017 05:18:53 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 5 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/25/2017 17:36:34 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 6 | 3E770665FF14213C98B2746B028AE2F335C6569B | Blacked | 11/06/2017 04:33:56 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 7 | 42E4AF737E32F892FCAAC72B728514CEED0B562B | Vixen | 10/16/2017 23:30:03 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 8 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 08/27/2017 23:18:15 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 9 | 64D663611B62E665E65367E02BB37633AF662B0D | Tushy | 07/16/2017 06:03:34 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 10 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/08/2017 23:45:03 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 11 | 7605D119BAD0034B84D52476BCC135A92243F4AB | Vixen | 07/21/2017 02:16:45 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 12 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/29/2017 02:37:13 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 13 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/27/2017 23:31:53 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 14 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/13/2017 14:16:53 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 15 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 09/25/2017 19:05:06 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 16 | A9F7E44587E29387C44E06F7CD8D33FBDD3A7759 | Blacked | 08/23/2017 22:37:25 | 08/23/2017 | 08/24/2017 | 15894022831 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/28/2017 00:24:04 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 18 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 10/16/2017 23:25:17 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 19 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 10/02/2017 19:31:09 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 20 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/15/2017 23:08:44 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 21 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 20:12:40 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 22 | F7BFCBDABDAF0C86DED3B8342C873B5CB452116F | Tushy | 10/19/2017 09:18:22 | 10/18/2017 | 11/15/2017 | 16016503463 |